ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| KHS Corporation | ) ASBCA Nos. 62031, 62033, 62034 |
| | ) |
| Under Contract No. SPE4A7-17-C-0412 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. William Schwemlein
    Vice President

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Angela M. DiOrio, Esq.
    Jason D. Morgan, Esq.
    Trial Attorneys
    DLA Aviation
    Richmond, VA

## ORDER OF DISMISSAL

The appeals have been withdrawn.  Accordingly, they are dismissed from the Board's docket with prejudice.

Dated:  July 6, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62031, 62033, 62034, Appeals of KHS Corporation, rendered in conformance with the Board's Charter.

Dated:  July 6, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals